Stuart E. Pierson, Administrator De Bonis Non with Will Annexed of Estate of David Meade Fishback, Deceased, Appellant, v. Louise Fishback et al., Appellees.

Gen. No. 9,219. (Abstract of Decision.)